UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20669-CR-MOORE/BECERRA

UNITED STATES OF AMERICA

vs.

CHRISTOPHER LAWRENCE
ANDREW D. HARRELL,

    Defendant.
_____/

## FACTUAL PROFFER

Defendant, Christopher Lawrence Andrew D. Harrell ("defendant"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

On or about October 6, 2019, the defendant arrived at Miami International Airport, in Miami-Dade County, Florida, aboard American Airlines Flight #1036 from Oranjestad, Aruba. After being admitted into the United States, Customs and Border Protection ("CBP") Officers selected the defendant for a secondary baggage inspection. During the secondary inspection, CBP officers suspected the defendant of being an internal courier. At this time, the defendant admitted to being an internal courier and to ingesting ten (10) pellets of a controlled substance. During a post-*Miranda* interview the defendant admitted to having ingested fourteen (14) to fifteen (15) pellets.

The defendant consented to an x-ray search. He was then transported to Jackson Memorial Hospital where an x-ray proved positive for foreign objects. While at the hospital, the defendant expelled a total of seventeen (17) pellets from his body. The pellets tested positive for the presence of cocaine, a schedule II controlled substance. A subsequent test completed by the Drug

CASE NO. 19-20669-CR-MOORE/BECERRA

Enforcement Administration confirmed the presence of cocaine. The ~~gross~~ net C.H. B.F. weight of the pellets was approximately 155.96 grams.

In a post-*Miranda* interview, the defendant admitted that he was not paid to ingest the seventeen (17) pellets. Rather, the Defendant agreed to ingest the seventeen (17) pellets to pay off a $10,000.00 debt.

The parties agree that the above facts, which do not include all the facts known to the Government and Christopher Lawrence Andrew D. Harrell, are sufficient to prove the defendant's guilt in the above-referenced matter.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11/14/19     By: _____
                       BERTILA L. FERNANDEZ
                       ASSISTANT UNITED STATES ATTORNEY

Date: 11/14/19     By: _____
                       STEWART ABRAMS
                       ATTORNEY FOR DEFENDANT

Date: 14/11/19     By: _____
                       CHRISTOPHER LAWRENCE ANDREW D. HARRELL
                       DEFENDANT

2